No. 72–5365.  CASSIDY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–5366.  YEAGER *v.* CRAVEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 72–5370.  CONGROVE *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF KENTUCKY.  C. A. 6th Cir.  Certiorari denied.

No. 72–5373.  POTTS *v.* SLAYTON, PENITENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.

No. 72–5374.  ETHINGTON *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 72–5376.  JOHNS *v.* NEW JERSEY.  Super. Ct. N. J.  Certiorari denied.

No. 72–5378.  PEJOKOVICH *v.* BOARD OF EDUCATION, PRINCE GEORGE'S COUNTY, ET AL.  Ct. App. Md.  Certiorari denied.

No. 72–5380.  BANKS *v.* SLAYTON, PENITENTIARY SUPERINTENDENT.  C. A. 4th Cir.  Certiorari denied.

No. 72–5382.  KELLER *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–5384.  ROBERTS *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 72–5393.  FERRER-VEGA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–5394.  HITCHCOCK *v.* GOMES, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 72–5395.  BUCKLES *v.* WYOMING.  Sup. Ct. Wyo. Certiorari denied.